

# Fourth Court of Appeals
## San Antonio, Texas

April 29, 2014

No. 04-14-00013-CV

**IN THE INT OF AJL, ARL, AAR, AND BNG**,

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-02031
Honorable Richard Garcia, Judge Presiding

## O R D E R

    The Motion for Extension of Time to File Brief of Ernestina Esparza is GRANTED. The time is extended to May 19, 2014. Because this is an appeal from an order terminating parental rights, **no further extensions will be granted**.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of April, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court